Tamela L. Kahle
Nevada Bar No. 0558
**KAHLE & ASSOCIATES**
7660 West Sahara Avenue, Ste.110
Las Vegas, Nevada 89117
Telephone (702) 453-2200
Facsimile (702) 453-2201

Attorneys for Defendant
The Vons Companies, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| ALYSIA M. WRENN, individually,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>THE VONS COMPANIES, INC.; and DOES 1 through 100; and ROE CORPORATIONS 101 through 200,<br><br>　　　　　Defendants. | CASE NO.:2:13-cv-00021-APG-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Trial Date: Not yet Scheduled

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel of record, that the above-captioned action be dismissed with

. . .
. . .
. . .
. . .
. . .
. . .
. . .

1 | prejudice, each party to bear its own costs.

2 | Dated this 31 day of October, 2013.   Dated this 14th day of November, 2013.

BERNSTEIN & POISSON

By: _____
James "Jamie" H. Corcoran, Esq.
Nevada Bar No. 11790
320 South Jones Boulevard
Las Vegas, Nevada 89107
Attorneys for Plaintiff
Alysia Wrenn

KAHLE & ASSOCIATES

By: _____
Tamela L. Kahle
Nevada Bar No. 0558
7660 W. Sahara Ave., Ste. 110
Las Vegas, Nevada 89117
Attorneys for Defendant
The Vons Companies, Inc.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: November 14, 2013.

Submitted by:

KAHLE & ASSOCIATES

By: _____
Tamela L. Kahle
Nevada Bar No. 0558
7660 W. Sahara Ave., Ste. 110
Las Vegas, Nevada 89117
Attorneys for Defendant
The Vons Companies, Inc.